LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: Arthur.Cunningham@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TIFFANI FERRARO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. ED16-CV-02520-JGB (SPx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This entire action has been concluded by settlement. A separate document sets forth the terms of the agreement of the parties.
2. All parties shall bear their own costs and attorneys' fees, including such fees and costs as might have been requested under state or federal law.
3. This action, in its entirety, is ordered dismissed with prejudice.

///
///
///
///
///

4830-5530-9397.1

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | **IT IS SO ORDERED, ADJUDGED AND DECREED.** |
| 2 | DATED: December 7, 2017 |
| 3 | |
| 4 | |
| 5 | Honorable Jesus G. Bernal |
| 6 | UNITED STATES DISTRICT JUDGE |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |